## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PERRY PATTERSON, #1673121,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **3:13-CV-3786-K** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS, CONLUSIONS AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the petition for writ of mandamus is summarily DISMISSED with prejudice as frivolous.  See 28 U.S.C. § 1915A(b)(1).

The Court prospectively CERTIFIES that any appeal of this action would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3).  In support of this certification, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation.  See Baugh v. Taylor, 117 F.3d 197, 202 and n.21 (5th Cir. 1997).  Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit

and would, therefore, be frivolous.  Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983).

 In the event of an appeal, Plaintiff may challenge this certification by filing a separate

motion to proceed in forma pauperis on appeal with the Clerk of the Court, U.S. Court

of Appeals for the Fifth Circuit.  See Baugh, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

 SO ORDERED.

 Signed December 2nd, 2013.


_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE